UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON AMERICAS, LLC, AS ATTORNEY IN FACT, FOR WELLS FARGO BANK, N.A. AS SUCCESSOR TO IRISH BANK RESOLUTION CORPORATION LIMITED<br>　　　　　　Plaintiff<br><br>v.<br><br>1459 REALTY VENTURES, LLC,<br>4965 REALTY VENTURES, LLC AND<br>MICHAEL ARGIROS<br>　　　　　　Defendants | CIVIL ACTION<br>1:10-CV-11933-FDS |

## STIPULATION OF DISMISSAL AS ALL DEFENDANTS

The Plaintiff, Hudson America, LLC. as Attorney-in-fact, Wells Fargo Bank, N.A., as successor to Irish Bank Resolution Corporation Limited (the "Plaintiff") in the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(i), hereby stipulates that all claims asserted by the Plaintiff against the Defendants, be dismissed with prejudice and without costs.

All rights of appeal are waived.

| | |
|---|---|
| HUDSON AMERICAS LLC, AS ATTORNEY IN FACT, FOR WELS FARGO BANK, N.A. AS SUCCESSOR TO IRISH BANK RESOLUTION CORPORATION LIMITED<br><br>By its Attorneys,<br><br><br>/s/ Joseph R. Valle, Jr.<br>Joseph R. Valle, Jr. - BBO #550291<br>Stephen Ryan, Jr. - BBO #669727<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA  02108<br>617.523-9000<br>jvalle@riemerlaw.com<br>sryan@riemerlaw.com | 1459 REALTY VENTURES, LLC,<br>4965 REALTY VENTURES, LLC and<br>MICHAEL ARGIROS,<br><br>By their attorneys,<br><br><br>/s/ Stephen F. Gordon<br>Stephen F. Gordon – BBO # 203600<br>Todd B. Gordon – BBO # 652482<br>Ashley S. Whyman – BBO # 670507<br>The Gordon Law Firm LLP<br>101 Federal Street, 17th Floor<br>Boston, MA 02110<br>617-261-0100 Ext 128<br>sgordon@gordonfirm.com<br>tgordon@gordonfirm.com<br>awhyman@gordonfirm.com |

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 17, 2012.

                                              /s/ Joseph R. Valle, Jr.
                                              Joseph R. Valle, Jr.

1408868.1